UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT MULLENS,

        Defendant.
_____/

CASE NO.  05-80722-04

DISTRICT JUDGE PATRICK J. DUGGAN

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER

Defendant Robert Mullens' Motion for Disclosure of All Statements Attributable to Defendant was referred to the undersigned magistrate judge for hearing and determination.  The motion was set for hearing on August 22, 2006.  The parties, however, have waived a hearing and requested that the motion be determined on their written submissions.

Having reviewed Defendant's Motion, together with the Government's Response, I find that the Motion should be, and the same is hereby granted in part, as follows:

1.  The Government shall permit the Defendant to inspect and copy tangible objects in the possession and control of the Government which are intended to be introduced in the Government's case-in-chief, or are otherwise material to the preparation of a defense.  Upon the Government's written assurance that it has complied with the requirements of Fed.R.Crim.P. 16(a)(1)(A) and (B) by providing the Defendant any recorded statement by the Defendant, and the substance of any oral statement made by the Defendant in response to interrogation, and with Fed.R.Crim.P. 16(a)(1)(D) by disclosing to the Defendant his prior record, I find that the Motion should

in all other respects be denied.

                    s/Donald A. Scheer
                    DONALD A. SCHEER
                    UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2006

_____

## CERTIFICATE OF SERVICE

      I hereby certify on August 23, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on August 23, 2006.  **None.**

                    s/Michael E. Lang
                    Deputy Clerk to
                    Magistrate Judge Donald A. Scheer
                    (313) 234-5217